UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RUBEN DURAZO-GARCIA (2), )<br>MARCOS ANTONIO )<br>   CALIDRO-AGUILAR (7), )<br>)<br>Defendants. )<br>_____ ) | Criminal Case No. 01CR2805-IEG<br><br>ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANTS AND JUDGMENT |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendants RUBEN DURAZO-GARCIA (2), and MARCOS ANTONIO CALIDRO-AGUILAR (7), is dismissed without prejudice; and,

IT IS FURTHER ORDERED that the arrest warrants for RUBEN DURAZO-GARCIA (2) and MARCOS ANTONIO CALIDRO-AGUILAR (7), be recalled.

**DATED: November 4, 2011**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**